NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENJAMIN E. MOORE,          )
                            )
          Appellant,        )
                            )
v.                          )          Case No. 2D17-5016
                            )
STATE OF FLORIDA,           )
                            )
          Appellee.         )
_____ )

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Benjamin E. Moore, pro se.


PER CURIAM.

          Affirmed.  See Galindez v. State, 955 So. 2d 517 (Fla. 2007); Moore v.

State, 182 So. 3d 650 (Fla. 2d DCA 2015) (table decision); Moore v. State, 132 So. 3d

233 (Fla. 2d DCA 2013) (table decision); Knight v. State, 6 So. 3d 733 (Fla. 2d DCA

2009); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.